459 A.2d 25

Commonwealth v. Hill a/k/a Johnson, Appellant.
Petition for Allowance of Appeal
Denied Aug. 10, 1983.

Submitted December 13, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated September 17, 1981 is affirmed.

459 A.2d 26

Commonwealth v. Kinsinger, Appellant.

Argued May 25, 1982. Samuel M. Mecum, for appellant; Heather J. Mumma, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.